**Paul Anthony RICE, a/k/a Paul Rice, Petitioner–Appellant,**

v.

**Warden John PATE, Respondent–Appellee.**

No. 15–6485 (4:14–cv–00185–MGL).

United States Court of Appeals, Fourth Circuit.

Sept. 2, 2015.

## ORDER

Paul Anthony Rice has filed a petition for panel rehearing and rehearing en banc. We grant panel rehearing. Fed. R.App. P. 40. As no judge of this court requested a poll under Fed. R.App. P. 35, the court denies the petition for rehearing en banc.